518 A.2d 806

**COMMONWEALTH of Pennsylvania**

v.

**Arrow TOWNS, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 154 E.D. Appeal Docket 1986.